UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **SHYLA JESSIE STAR JONES,**
   *a/k/a Michelle,*
2. ANTHONY WRIGHT,
   *a/k/a T,  a/k/a Rose,*
3. JAMAAL BURTON,
4. ROOSEVELT FREEMAN,

        Defendants.

---

## ORDER

---

**THIS MATTER** comes before the Court on Defendant Shyla Jessie Star Jones' Unopposed Motion to Vacate Current Trial Date, Continue Trial Due to Ends of Justice, and Set Status Conference **(#45)**. The Court will hear all motions at the Hearing set for **July 14, 2006 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 27th day of June 2006.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*
        ―――――――――――――――――
        Marcia S. Krieger
        United States District Judge