UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **SHYLA JESSIE STAR JONES,**
    *a/k/a Michelle,*
2.  ANTHONY WRIGHT,
    *a/k/a T,  a/k/a Rose,*
3.  JAMAAL BURTON,
4.  ROOSEVELT FREEMAN,

    Defendants.

## ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **November 13, 2006 at 4:45 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  The matter is set for a non-evidentiary hearing of not more than 15 minutes.  Counsel shall *bring their calendars.*  The parties shall be prepared to address Defendant Jones' Motion to Withdraw and Appoint New Counsel.

Dated this 7th day of November, 2006

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*
                              Marcia S. Krieger
                              United States District Judge