UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00195-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **SHYLA JESSIE STAR JONES,**
   *a/k/a Michelle,*
2. ANTHONY WRIGHT,
   *a/k/a T,  a/k/a Rose,*
3. JAMAAL BURTON,
4. ROOSEVELT FREEMAN,

    Defendants.

## ORDER

IT IS ORDERED that the Law and Motion Hearing set for **November 13, 2006 at 4:45 p.m. is VACATED** and **reset to November 13, 2006 at 3:30 p.m.** in Courtroom A901, 901 19th Street, Denver, Colorado.

Dated this 9th day of November, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge