## UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLORADO
#### Honorable David M. Ebel

_____

Criminal Action No. 06-cr-00195-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   SHYLA JESSIE STAR JONES,
     *also known as Michelle*,
2.   ANTHONY WRIGHT,
     *also known as T, also known as Rose*,
3.   JAMAAL BURTON,
4.   ROOSEVELT FREEMAN,

      Defendants.
_____

### ORDER
_____

      This matter comes before the court on Defendant Shyla Jessie Star Jones'

motion to sever, filed November 17, 2006.  Upon consideration thereof, that

motion is DENIED.

      DATED: November 20, 2006.

                  BY THE COURT:


                  */s/ David M. Ebel*
                  _____
                  David M. Ebel
                  United States Circuit Judge