**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO
Honorable David M. Ebel**

Criminal Action No. 06-cr-00195-DME

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHYLA JESSIE STAR JONES.

    Defendant.

_____

**ORDER**
_____

    This matter comes before the court on Defendant Shyla Jessie Star Jones's motion for release on bond pending appeal, filed through counsel on March 20, 2007, and Defendant Jones's pro se motions filed March 14, 2007.

    Upon consideration of the motion for release on bond pending appeal, this court determines that such release is statutorily prohibited by 18 U.S.C. § 3143(b)(2), and that motion is therefore DENIED.

    Defendant Jones, in a number of pro se motions, requests a new trial or a judgment of acquittal. Her motions are untimely under Rules 29 and 33 of the Federal Rules of Criminal Procedure. Her motion to be released on bond pending sentencing is moot. Moreover, we generally do not accept the pro se pleadings from a litigant who is represented by counsel. See, e.g., United States v. Pearl,

324 F.3d 1210, 1216 (10th Cir. 2003); <u>United States v. Guadalupe</u>, 979 F.2d 790, 795 (10th Cir. 1992).

Therefore, upon consideration of the Defendant's pro se motions, those motions are DENIED.

DATED: March 21, 2007.

BY THE COURT:

*/s/ David M. Ebel*

_____
David M. Ebel
United States Circuit Judge