IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Circuit Judge David M. Ebel

Civil Action No. 09-cv-01134-DME
Criminal Action No. 06-cr-00195-DME

UNITED STATES OF AMERICA,

v.

1.   SHYLA JESSIE STAR JONES,

   Movant.

## ORDER

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before  July 26 , 20 09 , shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: July 6, 2009

BY THE COURT:

*s/ David M. Ebel*

DAVID M. EBEL
United States Circuit Judge